1  Kevin Fitzgerald
   **Lewis Saul & Associates, P.C.**
2  183 Middle Street, Suite 200
   Portland, ME 04101
3  Telephone: (207) 874-7407
   Fax: (207) 874-4930
4  Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND <br> 13  PRODUCT LIABILITY LITIGATION | **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| 14  This Document Relates To: | |
| 15  *Maria Gilbert v. Pfizer Inc* <br> (06-0354 CRB) <br> 16 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17  *Marlene McAdam v. Pfizer Inc, et al.* <br> (08-3642 CRB) | |
| 18  *Robert Hill v. Pfizer Inc, et al.* <br> (10-0814 CRB) <br> 19 | |
| 20  *Larry York, Sr. v. Pfizer Inc, et al.* <br> (10-1700 CRB) | |
| 21  *Diane Walker-Ketch v. Pfizer Inc, et al.* <br> (10-1842 CRB) <br> 22 | |
| 23  *Cynthia Carlton v. Pfizer Inc, et al.* <br> (10-4344 CRB) | |

24

25         Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

26  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

27  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

28  //

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: 10/29, 2010    By: /s/

**LEWIS SAUL & ASSOCIATES, P.C.**
183 Middle Street, Suite 200
Portland, ME 04101
Telephone: (207) 874-7407
Facsimile: (207) 874-4930

*Attorneys for Plaintiffs*

DATED: 12/6, 2010    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Dec. 13, 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE